# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50545
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

THOMAS JAMES GOMEZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CR-182-5

_____

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Thomas James Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50545

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.